JOHN C. CRUDEN
Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief
RICKEY D. TURNER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(303) 844-1373 (Denver office)
(303) 844-1350 (fax)

Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WESTERN WATERSHED PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>DAN ASHE, Director; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 1:15-cv-130-JLK<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Rickey D. Turner Jr. hereby notifies the Court and opposing counsel of his appearance on behalf of the Federal Defendants. Mr. Turner's contact information is as follows:

Rickey D. Turner, Jr.
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Email: rickey.turner@usdoj.gov

Dated: March 16, 2015                                   Respectfully Submitted,

                                                        JOHN C. CRUDEN,
                                                        Assistant Attorney General
                                                        SETH M. BARSKY, Section Chief
                                                        KRISTEN L. GUSTAFSON,
                                                        Assistant Section Chief

                                                        /s/ Rickey D. Turner, Jr.
                                                        RICKEY D. TURNER, JR.
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Environment & Natural Resources Division
                                                        Wildlife & Marine Resources Section
                                                        999 18th Street
                                                        South Terrace, Suite 370
                                                        Denver, CO 80202
                                                        Telephone: (303) 844-1373