# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

In re Consolidated Gunnison Sage Grouse Litigation
_____

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br>    Plaintiffs,<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br>DAN ASHE, and<br>SALLY M.R. JEWELL,<br>    Defendants. | Civil Action No. 1:15-cv-130 |
| WILDEARTH GUARDIANS,<br>and DR. CLAIT E. BRAUN<br>    Plaintiffs,<br><br>v.<br><br>DAN ASHE, and<br>U.S. FISH AND WILDLIFE SERVICE<br>    Defendants. | Civil Action No. 1:15-cv-131 |
| THE STATE OF COLORADO,<br>    Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br>DANIEL ASHE, and<br>SALLY JEWELL<br>    Defendants. | Civil Action No. 1:15-cv-286 |

ORDER GRANTING MOTIONS FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINTS IN CONSOLIDATED CASES
(Doc. 11 in 15-cv-130-AP; Doc. 15 in 15-cv-131-AP; and Doc. 9 in 15-cv-286-AP)

Kane, J.

The Federal Defendants in these recently-consolidated Gunnison sage grouse actions move for an extension of time to answer or otherwise respond to the various Complaints so that a coordinated deadline can be used.  (Doc. 11 in 15-cv-130-AP; Doc. 15 in 15-cv-131-AP; and Doc. 9 in 15-cv-286-AP.)  Finding it in the interest of efficiency to coordinate deadlines in this manner, each of the Motions is GRANTED.  The Federal Defendants shall file a coordinated response to the Complaints in the following cases on or before **July 13, 2015:**  *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, No. 15-cv-130 (D. Colo.); *WildEarth Guardians v. U.S. Fish and Wildlife Service*, No. 15-cv-131 (D. Colo.); and *State of Colorado v. U.S. Fish and Wildlife Service*, No. 15-cv-286 (D. Colo.).

Date: May 1, 2015                    ***s/John L. Kane***_____
                                     SENIOR U.S. DISTRICT JUDGE