# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br>    Plaintiffs<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE;<br>DAN ASHE, and<br>SALLY M.R. JEWELL,<br>    Defendants. | Civil Action No. 1:15-cv-00130 |

___

| | |
|---|---|
| WILDEARTH GUARDIANS,<br>and DR. CLAIT E. BRAUN,<br>    Plaintiffs,<br>v.<br><br>DAN ASHE, and<br>U.S. FISH AND WILDLIFE SERVICE,<br>    Defendants. | Civil Action No. 1:15-cv-131 |

___

| | |
|---|---|
| THE STATE OF COLORADO,<br>    Plaintiff,<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br>DANIEL ASHE, and<br>SALLY JEWELL,<br>    Defendants. | Civil Action No. 1:15-cv-286 |

___

### ORDER GRANTING UNOPPOSED JOINT MOTION TO INTERVENE IN CIVIL ACTION NO. 1:15-CV-130 BY THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO AND THE GUNNISON COUNTY STOCKGROWERS' ASSOCIATION, INC.

___

This matter is currently before me on the Unopposed Joint Motion to Intervene in Civil Action No. 1:15-cv-130 (Doc. 14) filed by the Board of County Commissioners of the County of Gunnison, Colorado, and the Gunnison County Stockgrowers Association, Inc. (collectively "Gunnison Intervenors"). The Gunnison Intervenors seek to jointly intervene in this matter pursuant to either Fed. R. Civ. P. 24(a)(2) (allowing intervention as a matter of right) or Fed. R. Civ. P. 24(b)(1)(B) (allowing permissive intervention). Plaintiffs, Center for Biological Diversity and Western Watersheds Projects and Defendants, Dan Ashe, Director, the United States Fish and Wildlife Services, Sally M. R. Jewell, NOAA FISHERIES, Eileen Sobeck, the U.S. Department of Commerce and Penny Pritzker do not oppose Gunnison Intervenors' intervention in this litigation. Finding the Gunnison Intervenors to have satisfied the requirements of Fed. R. Civ. P. 24(a)(2) for intervention as a matter of right, I GRANT the Motion to Intervene (Doc. 14), and direct the Clerk to accept their Answer (Doc. 14-4) as filed.

In the interest of the efficient conduct of the proceedings, *see San Juan County, Utah v. United States*, 503 F.3d 1163, 1189 (10th Cir. 2007), the Gunnison Intervenors' participation in these proceedings will be subject to the following limitations:

1.  Counsel for Defendants and counsel for Gunnison Intervenors must confer before filing any motion, responsive filing, or brief to determine whether their positions

may be set forth in a consolidated fashion.

    2.    Gunnison Intervenors may file separate motions, responsive filings, or briefs only to raise arguments or issues Defendants decline to raise in its filings.

    3.    Any separate filings must include a Certificate of Compliance with the condition requiring the Gunnison Invervenors to confer with counsel for Defendants before filing, and a statement that the issues raised are not adequately covered by Defendants' position.

Dated May 8, 2015                        BY THE COURT:

                                                **/s/ John L. Kane**_____
                                                Senior U.S. District Judge