**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00130-AP
(Consolidated with Civil Action No. 1:15-cv-131 and Civil Action No. 1:15-cv-286)

IN RE: GUNNISON SAGE-GROUSE ENDANGERED SPECIES ACT LITIGATION

---

Civil Action No. 1:15-cv-286 ONLY

THE STATE OF COLORADO by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,
Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
DANIEL ASHE, in his official capacity as Director of the United States Fish and Wildlife Service,
SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,
Defendants.

---

**ORDER GRANTING WILDEARTH GUARDIANS AND CLAIT E. BRAUN'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT-INTERVENORS IN CIVIL ACTION NO. 1:15-CV-286**

---

This matter is currently before the Court on WildEarth Guardians and Clait E. Braun's (collectively "Guardians") Unopposed Joint Motion to Intervene (Doc. 28) in Civil Action No. 1:15-cv-286. Guardians seeks to intervene in 1:15-cv-286 either under

Fed. R. Civ. P. 24(a)(2), as a matter of right, or under Fed. R. Civ. P. 24(b)(1)(B), permissively. Plaintiffs, Plaintiff-Intervenors and Defendants do not oppose Guardians' intervention in this matter.

I find that Guardians has satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and their Unopposed Motion to Intervene (Doc. 28) is GRANTED. The clerk shall enter their Answers to Plaintiff's and Plaintiff-Intervenors' Complaints attached to their Motion to Intervene.

Dated: July 30, 2015

BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge