IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00130-AP
(Consolidated with Civil Action No. 1:15-cv-286)

IN RE: GUNNISON SAGE-GROUSE ENDANGERED SPECIES ACT LITIGATION

Civil Action No. 1:15-cv-286 - ONLY

THE STATE OF COLORADO by and through the Colorado Department of Natural Resources,
the Division of Parks and Wildlife, and the Parks and Wildlife Commission,
Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, DANIEL ASHE, in his official capacity
as Director of the United States Fish and Wildlife Service, SALLY JEWELL, in her official
capacity as Secretary of the United States Department of the Interior,
Defendants.

CENTER FOR BIOLOGICAL DIVERSITY AND WESTERN WATERSHEDS PROJECT'S
UNOPPOSED MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, the Center for Biological Diversity and

Western Watersheds Project (collectively, the "Center and WWP") hereby respectfully move this

Court for intervention of right as Defendants in this case, or, in the alternative, for permissive

intervention. In support of this motion, the Center alleges as follows:

1.      Counsel for the Center and WWP have conferred with counsel for Petitioner State

of Colorado, acting by and through the Colorado Department of Natural Resources, the Division

of Parks and Wildlife, and the Parks and Wildlife Commission, and counsel for the Board of

County Commissioners of the County of Gunnison, Colorado, and Gunnison County

1

Stockgrowers' Association, Inc. regarding this Motion (collectively "Colorado et al.").  All parties have consented to this Motion.

2.　　This case involves federal protection of the Gunnison sage-grouse, a highly-imperiled bird that has been extirpated from more than 90 percent of its historical range. Specifically, Colorado attempt to overturn the U.S. Fish and Wildlife Service's ("Service's") decision to list the Gunnison sage grouse as "Threatened" and to designate "critical habitat" pursuant to the Endangered Species Act, 16 U.S.C. §§ 1533-1544 ("ESA").  Endangered and Threatened Wildlife and Plants; Threatened Status for Gunnison Sage-grouse, 79 Fed. Reg. 69,312 (Nov. 20, 2014).  ESA protections for the Gunnison sage grouse and its habitat would be eliminated if Colorado et al. succeed.

3.　　As discussed in the accompanying Memorandum and Declarations in Support of this Motion, the Center and its members have specific and substantial interests in protecting the Gunnison sage-grouse under the ESA.  These interests will be harmed if Colorado et al. prevail in whole or in part in this case.  The Center and WWP seek intervention to protect their interests, and the interests of their staffs and members.

4.　　As discussed further in the Memorandum in Support of this Motion, the Center and WWP meet the criteria for intervention as of right under Federal Rule of Civil Procedure 24(a)(2) in this case.

5.　　Alternatively, the Center requests leave for permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure because it "has a claim or defense that shares with the main action a common question of law or fact."  Fed.R.Civ.P. 24(b)(1).

As further demonstrated in their Memorandum in Support of this Motion, the Center and WWP respectfully request that the Court enter the Proposed Order granting them intervention of right, or alternatively, permissive intervention, and that the Court accept and file the Center and WWP's attached Answers.

Dated: August 3, 2015

Respectfully submitted,

*/s/ Amy R. Atwood*
Amy R. Atwood, OR Bar 060407
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211-0374
Telephone: (971) 717-6401
Facsimile: (503) 283-5528
Email: atwood@biologicaldiversity.org

*/s/Brad A. Bartlett*
Brad A. Bartlett, CO Bar 32816
UNIVERSITY OF DENVER
Environmental Law Clinic
2225 E. Evans Ave., Suite 335
Denver, CO 80208
(303) 871-7870 phone
bbartlett@law.du.edu

*Attorney for Intervenor-Defendant Applicant Center for Biological Diversity and Western Watersheds Project*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 3rd day of August, 2015, I filed the foregoing Unopposed

Motion to Intervene, along with the Memorandum in Support, the Declarations of Noah

Greenwald, Travis Bruner, James Woods, and Taylor McKinnon, electronically through the

CM/ECF system, which caused the following parties or counsel to be served by electronic

means, as more fully reflected in the Notice of Electronic Filing:

**David Mark Baumgarten**
dbaumgarten@gunnisoncounty.org,
lseymour@gunnisoncounty.org,
rmagruder@gunnisoncounty.org

**Deborah Lynn Freeman**
dfreeman@troutlaw.com,
aclinton@troutlaw.com,
dmurray@troutlaw.com,
ewhiskeyman@troutlaw.com,
mwalsh@troutlaw.com,
Sestrella@troutlaw.com

**Frederick Richard Yarger**
fred.yarger@state.co.us,
alexandria.wilson@state.co.us

**Joanna Kathryn Brinkman**
joanna.brinkman@usdoj.gov,
efile_nrs.enrd@usdoj.gov

**Kathy A.F. Davis**
kathydavis@utah.gov

**Laurence J. Lucas**
llucas@advocateswest.org

**Lisa Anne Reynolds**
lisa.reynolds@state.co.us,
barb.scherer@state.co.us,
jonathan.long@state.co.us

**Rickey Doyle Turner**
rickey.turner@usdoj.gov,
EFILE_WMRS.ENRD@usdoj.gov

**Sarah Kate McMillan**
smcmillan@wildearthguardians.org,
sarahmcmillan88@gmail.com

**Talasi Banas Brooks**
tbrooks@advocateswest.org,
talasi.brooks@gmail.com

**Todd Christopher Tucci**
ttucci@advocateswest.org

*/s/ Amy R. Atwood*
Amy R. Atwood