IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00130-WYD
(Consolidated with Civil Action No. 1:15-cv-131 and Civil Action No. 1:15-cv-286)

In re: Gunnison Sage-Grouse Endangered Species Act Litigation

This document relates only to case no. 1:15-cv-130.

## ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

**Daniel, J.**

This matter came before the Court on The State of Colorado's Unopposed Motion to Intervene on Behalf of Defendants.  (ECF No. 33).  The State of Colorado seeks to intervene either under Fed. R. Civ. P. 24(a)(2), as a matter of right, or under Fed. R. Civ. P. 24(b)(1)(B), permissively.  Plaintiffs, Federal Defendants, and Gunnison Intervenors do not oppose the intervention in this matter.

I find that The State of Colorado has satisfied the requirements of  Fed. R. Civ. P. 24(a)(2), and its Unopposed Motion to Intervene (ECF No. 33) is **GRANTED**.  The clerk shall enter The State of Colorado's Answer to Plaintiff's Amended Petition for Review attached to its Motion to Intervene.

Dated:  August 14, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE