IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 1:15-cv-00130-WYD
(Consolidated with Civil Action No. 1:15-cv-131 and Civil Action No. 1:15-cv-286)

IN RE: GUNNISON SAGE-GROUSE ENDANGERED SPECIES ACT LITIGATION

---

Civil Action No. 1:15-cv-286
**This document relates to Civil Action 15-cv-286 only**

THE STATE OF COLORADO by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
DANIEL ASHE, in his official capacity as Director of the United States Fish and Wildlife Service,
SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,

    Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

**Daniel, J.**

This matter came before the Court on the Motion for Proposed Intervenor-Plaintiffs, State of Utah and San Juan County, Utah, to Intervene as Plaintiffs in Civil Action 1:15-cv-286. (ECF No. 34). The State of Utah and San Juan County, Utah seek to intervene either under Fed. R. Civ. P. 24(a)(2), as a matter of right, or under Fed. R. Civ. P. 24(b)(1)(B), permissively. The request is unopposed.

I find that The State of Utah and San Jaun County, Utah have satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and the Unopposed Motion to Intervene (ECF No. 34) is **GRANTED**.  The State of Utah and San Juan County are entitled to intervene in the above-captioned action as Plaintiffs.  The clerk shall enter their Complaint attached to their Motion to Intervene.

To ensure efficient conduct of proceedings, Intervenor Plaintiffs State of Utah and San Juan County, Utah will be subject to the following limitations:

1. Counsel for Plaintiff State of Colorado and counsel for Intervenor Plaintiffs must confer before filing any motion, responsive filing, or brief to determine whether their positions may be set forth in a consolidated fashion.

2. Intervenor-Plaintiffs may file separate motions, responsive filings, or briefs only to raise arguments or issues not raised by Plaintiff State of Colorado's filings.

3. Any separate filings must include a Certificate of Compliance with the condition requiring Intervenor Plaintiffs State of Utah and San Juan County to confer with Plaintiff State of Colorado, and a statement that the issues raised are not adequately covered by Plaintiff's position.

Dated:  August 14, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE