IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 1:15-cv-00130-WYD
(Consolidated with Civil Action No. 1:15-cv-131 and Civil Action No. 1:15-cv-286)

IN RE: GUNNISON SAGE-GROUSE ENDANGERED SPECIES ACT LITIGATION

---

Civil Action No. 1:15-cv-286
**This document relates to Civil Action 15-cv-286 only**

THE STATE OF COLORADO by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,

　　Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
DANIEL ASHE, in his official capacity as Director of the United States Fish and Wildlife Service,
SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,

　　Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

**Daniel, J.**

　　This matter came before the Court on the Center for Biological Diversity and Western Watershed's Project Unopposed Motion to Intervene. (ECF No. 36). The Center for Biological Diversity and Western Watershed Project seek to intervene either under Fed. R. Civ. P. 24(a)(2), as a matter of right, or under Fed. R. Civ. P. 24(b)(1)(B), permissively. The request is unopposed.

I find that the Center for Biological Diversity and Western Watershed's Project have satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and the Unopposed Motion to Intervene (ECF No. 36) is **GRANTED**. The Center for Biological Diversity and Western Watershed's Project are entitled to intervene in the above-captioned action as Defendants subject to all of the conditions set forth in the motion. The clerk shall enter their Answers attached to their Motion to Intervene.

Dated: August 14, 2015

BY THE COURT:

/s/ *Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE