IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 1:15-cv-00130-WYD
(Consolidated with Civil Action No. 1:15-cv-131 and Civil Action No. 1:15-cv-286)

IN RE: GUNNISON SAGE-GROUSE ENDANGERED SPECIES ACT LITIGATION

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**

**Daniel, J.**

This consolidated action under the Administrative Procedures Act was initially filed on January 20, 2015.  Following some pre-merits management of this matter including setting a deadline for requests for intervention, this matter was transferred to me from District Judge Kane.  Having ruled on all of the outstanding motions for intervention, it is now time for this matter to proceed.

A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.  Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP).  The form JCMP of this court is referenced in  D.C.COLO.LAPR 16.1.  Counsel should attempt in good faith to agree on all matters covered in the form JCMP.  Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

**THEREFORE, IT IS ORDERED** that by September 14, 2015, the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form Joint Case Management Plan referenced in  D.C.COLO.LAPR 16.1, and shall

submit a copy of the proposed Joint Case Management plan in an editable format

(Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

    Dated:  August 18, 2015

                                 BY THE COURT:

                                 /s/ Wiley Y. Daniel
                                 WILEY Y. DANIEL,
                                 SENIOR UNITED STATES DISTRICT JUDGE