# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

IN RE GUNNISON SAGE-GROUSE         Civil Action No. 1:15-cv-130- AP
ENDANGERED SPECIES ACT LITIGATION,

## NOTICE OF FILING THE ADMINISTRATIVE RECORDS

Please take notice that Federal Defendants will file two administrative records on DVD, for the above captioned matter on Friday, September 11, 2015 via overnight mail. Federal Defendants will be filing the U.S. Fish & Wildlife's administrative record for the listing and critical habitat decisions and the National Oceanic and Atmospheric Administration's administrative record for the Final Policy Interpreting the phrase "Significant Portion of its Range" under the Endangered Species Act. Federal Defendants will deliver the following: (1) hard copies of this pleading; (2) the Federal Defendants' administrative records on DVD; (3) the Index to the Federal Defendants' administrative records (located on each DVD); and (4) Certification of the Federal Defendants' administrative records (*see* Defs' Exhibits 1 and 2), to the Clerk of Court for manual filing. Federal Defendants will also provide a copy of the Administrative Record to all counsel involved in this case and to Judge's Chambers.

DATED: September 10, 2015

                                             JOHN C. CRUDEN,
                                             Assistant Attorney General
                                             SETH M. BARSKY, Chief
                                             KRISTEN L. GUSTAFSON, Assistant Chief
                                             MARY HOLLINGSWORTH, Trial Attorney
                                             JOANNA BRINKMAN, Trial Attorney

                                             */s/ Rickey D. Turner, Jr.*
                                             RICKEY D. TURNER, JR.,
                                             Trial Attorney (Colorado Bar #38353)
                                             United States Department of Justice
                                             Environment & Natural Resources Division
                                             Wildlife and Marine Resources Section
                                             999 18th Street

South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1373
Email: rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.