IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-130-CMA-STV

CENTER FOR BIOLOGICAL DIVERSITY, and
WESTERN WATERSHEDS PROJECT,

    Petitioners,

v.

U.S. FISH AND WILDLIFE SERVICE *et al.*,

    Respondents.

---

**Entry of Appearance**

---

The undersigned Kevin J. Lynch hereby enters his appearance as co-counsel for Petitioners in this proceeding. Amy Atwood, Brad Bartlett, and William Eubanks will remain as counsel for Petitioners.

                                                            Respectfully submitted,

Dated: January 20, 2017                  /s/ Kevin J. Lynch
                                                        Kevin J. Lynch (CO Bar No. 39873)
                                                        Environmental Law Clinic
                                                        Student Law Office
                                                        University of Denver Sturm College of Law
                                                        2255 E. Evans Avenue, Suite 335
                                                        Denver, CO 80208
                                                        Phone: (303) 871-6140
                                                        Fax: (303) 871-6847

                                                        *Attorney for Petitioners*

**CERTIFICTE OF SERVICE**

      I certify that today I electronically filed this Entry of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                                              /s/ Kevin Lynch
                                                              Kevin Lynch