## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

IN RE GUNNISON SAGE-GROUSE          Civil Action No. 1:15-cv-130-CMA
ENDANGERED SPECIES ACT LITIGATION,

This document relates only to Civil Action No. 1:15-cv-00130.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of the court and all parties of record

      I certify that I am a member in good standing of the bar of this court, and I appear in this

case as counsel for Plaintiffs:

Center for Biological Diversity
Western Watersheds Project

      This document relates to Civil Action 15-130 only.

      DATED at Centennial, Colorado, this 3rd day of February, 2017.


                           */s/ James Jay Tutchton*
                           James Jay Tutchton
                           Center for Biological Diversity
                           6439 E. Maplewood Ave.
                           Centennial, CO 80111
                           Ph: (720) 301 – 3843
                           jtutchton@biologicaldiversity.org

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2017, I filed the foregoing ENTRY OF APPEARANCE OF

COUNSEL electronically through the CM/ECF system, which caused all counsel of record to be

served by electronic means, as more fully reflected in the Notice of Electronic Filing.


*/s/ James Jay Tutchton*
James Jay Tutchton