**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Scott T. Varholak

DATE: April 27, 2017

RE: Case # 15-cv-00130-CMA-STV

| | |
|---|---|
| __X__ | A settlement conference was held on April 25, 2017, and no settlement was reached as to any claims in this action. |
| _____ | Another Settlement Conference set for TBD. |
| | Updated Confidential Settlement Statements are due on or before N/A. |

Settlement conference and preparation time involved: 10 hours 45 minutes.

_____    __    No record was made

* * * * * * * * * * * * * * * *