# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00130-CMA-STV

CENTER FOR BIOLOGICAL DIVERSITY, and
WESTERN WATERSHEDS PROJECT,

Petitioners,

v.

U.S. FISH AND WILDLIFE SERVICE; GREG SHEEHAN, in his official capacity as Deputy Director of the U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the Interior, NOAA FISHERIES; CHRIS OLIVER, in his official capacity as Assistant Administrator for NOAA Fisheries; U.S. DEPARTMENT OF COMMERCE; WILBUR ROSS, in his official capacity as Secretary of Commerce,

Respondents.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

CENTER FOR BIOLOGICAL DIVERSITY, and

WESTERN WATERSHEDS PROJECT.

    DATED at Portland, Oregon this 13th day of July, 2017.

Ryan Adair Shannon,
Name of Attorney
Center for Biological Diversity
Firm Name
P.O. Box 11374
Office Address

1

Portland, OR 97211-0374<br>
City, State, ZIP Code<br>
(503) 283.5474<br>
Telephone Number<br>
rshannon@biologicaldiversity.org<br>
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of July, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

atwood@biologicaldiversity.org,
bbartlett@law.du.edu,
klynch@law.du.edu,
beubanks@meyerglitz.com,
llucas@advocateswest.org,
smcmillan@wildearthguardians.org,
tbrooks@advocateswest.org,
ttucci@advocateswest.org,
fred.yarger@coag.gov,
lisa.reynolds@coag.gov,
bwraley@mac.com,
joanna.brinkman@usdoj.gov,
mary.hollingsworth@usdoj.gov,
rickey.turner@usdoj.gov,
dbaumgarten@gunnisoncounty.org,
dfreeman@troutlaw.com,
brittanywilson@utah.gov,
kathydavis@utah.gov.

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

N/A.

*s/ Ryan Adair Shannon*