**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00130-CMA-STV
(Consolidated with Civil Action No. 1:15-cv-00131 and Civil Action No. 1:15-cv-00286)

IN RE:  GUNNISION SAGE-GROUSE ENDANGERED SPECIES ACT LITIGATION

---

**ORDER DENYING PLAINTIFFS' MOTION TO AMEND/CORRECT/MODIFY CASE
MANAGEMENT PLAN AND IMPOSING NEW PAGE LIMITATIONS**

---

This matter is before the Court on Plaintiffs' Motion to Amend/Correct/Modify Case Management Plan (Doc. # 140), wherein Plaintiffs requests that the Court allow word limit counts pursuant to Federal Rule of Civil Procedure 32(a)(7).  The Federal Government opposes this request.  The Court notes that the Joint Case Management Plan underlying this Motion was originally issued on October 8, 2015 (Doc. # 63) — almost two years ago — and Plaintiffs are just now submitting this request — one week before their opening briefs are due.  In any event, the Court DENIES Plaintiffs' request that the Court allow word limits counts rather than page limits.  (Doc. # 140.)  Nevertheless, the Court amends the Case Management Order (Doc. # 63, p. 6; # 86, p. 6) to allow the following, increased page limits:

    **Petitioners' Opening Briefs:**

        Center, *et al.* – 40 pages
        Guardians, *et al.* – 40 pages
        State of Colorado – 40 pages

    **Petitioner-Intervenors' Opening Briefs:**

        Gunnison Intervenors – 20 pages
        State of Utah/San Juan County Intervenors – 20 pages

**Federal Defendants' Response Brief:**

Federal Defendants – 160 pages

**Defendant-Intervenors' Response Briefs:**

Gunnison Intervenors/State of Colorado – 20 pages
Center, *et al.*/Guardians, *et al.* – 20 pages

**Petitioners', Petitioner-Intervenors', and Federal Defendants' Reply Briefs:**

Center, *et al.* – 20 pages
Guardians, *et al.* – 20 pages
State of Colorado – 20 pages
Gunnison Intervenors – 20 pages
State of Utah Intervenors – 20 pages
Federal Defendants – 40 pages

It is SO ORDERED.

DATED: July 17, 2017          BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge