EXHIBIT 1

---

## DECLARATION OF BOB BROSCHEID

---

I, Bob Broscheid, am over 18 years of age and have personal knowledge of the facts set forth herein, and hereby declare as follows:

1. I am the Director of the Colorado Division of Parks and Wildlife ("CPW").

2. I assumed the position of Director of CPW in December 2013.

3. I hold a bachelor's degree in Wildlife Management from Arizona State University and am a graduate of the national conservation leadership Institute. Prior to becoming director of CPW, I held positions as a biologist, Habitat Branch Chief, and Deputy Director of the Arizona Game and Fish Department.

4. In my capacity as director of CPW, I am the chief administrative head of CPW with general supervision and control of all activities, functions, and employees of CPW, under the direction and supervision of the Parks and Wildlife Commission and the Director of the Department of Natural Resources.

5. Under Colorado state law, all wildlife within the borders of Colorado is owned by the State.

**EXHIBIT 1**

6.  CPW actively manages both game and non-game species across the state. As part of this management, CPW has developed various programs to manage Gunnison sage-grouse and its habitat in Colorado.

7.  CPW also manages sagebrush habitat that hosts numerous species, including game species, as well as Gunnison sage-grouse.

8.  CPW owns, manages, restores, and protects numerous state wildlife areas for the benefit of Gunnison sage-grouse.  CPW has acquired some properties specifically to protect Gunnison sage-grouse leks.

9.  One of CPW's management programs for the Gunnison sage-grouse is a voluntary conservation program for private landowners called a Candidate Conservation Agreement with Assurances (CCAA).  CPW and the United States Fish & Wildlife Service are signatories to the CCAA, and in its role as administrator, CPW enrolled private landowners in the program to ensure conservation of sage-grouse habitat on private lands.

10. When the United State Fish and Wildlife Service ("FWS") listed the Gunnison sage-grouse as "threatened" in 2014, the CCAA was closed to new enrollees; CPW continues to be approached by landowners interested in enrolling, but as a consequence of the listing, must turn them away.

**EXHIBIT 1**

11. The threatened listing also deprived CPW of independent management jurisdiction over the Gunnison sage-grouse, interfering with Colorado's primary role in wildlife management throughout the state and its ability to manage its state wildlife areas without federal restrictions.

12. Now, many of the management activities CPW wishes to carry out in sagebrush habitat areas may be conducted only with the prior approval of the FWS.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _20_ day of July, 2017.

Bob Broscheid, Director
Colorado Parks and Wildlife