AFFIDAVIT OF BURT GUERRIERI

I, Burt Guerrieri, being duly sworn, hereby state as follows:

1. I am over 21 years of age and have personal knowledge of the matters contained in this affidavit.

2. I am currently serving as past-President on the Board of the Gunnison County Stockgrowers' Association, Inc. (Association), whose address is P.O. Box 1711, Gunnison, Colorado 81230. I was Vice-President and then President on the Board of the Association during the pendency of the U.S. Fish and Wildlife Service (USFWS) rulemaking process in 2013 and 2014 that concluded with issuance of final rules listing the Gunnison sage-grouse as a threatened species and designating critical habitat for that species (Final Rules) under the Endangered Species Act. In that capacity, I had in depth personal involvement in Gunnison sage-grouse issues on behalf of the Association throughout the rulemaking process.

3. I was directed by the Board of the Association to work with counsel to review the proposed listing and critical habitat rules issued by the USFWS and to assist in the preparation of comments thereon protective of the Association's interests during the rulemaking process. I personally did so. At all times prior to issuance of the Final Rules, I had no notice or actual knowledge of the existence of the study titled: a "*Dissertation - Gunnison Sage-grouse Demography and Conservation*" by A. Davis, in partial fulfillment of the requirements for the Degree of Doctor of Philosophy (Colorado State University, Fort Collins, Colorado,

EXHIBIT A

Summer 2012). I also had no actual notice or knowledge during that time of the 2014 Davis analysis. I thus did not have the opportunity to review and comment on the quality, utility, objectivity, or integrity of this information. Nor did I have the opportunity to share it with other members of the Board for the same type of review and comment.

4. I never participated in any discussions with the Board of the Association, nor any other party, concerning the above-mentioned Davis studies prior to learning about them in the Final Rules, and am not aware of any other Board member having had knowledge of the existence of the Davis studies during the pendency of the rulemaking. Had our Board been aware of the Davis studies, we would have submitted comments on the limitations of those studies during the public comment period.

5. The Affiant states nothing further in this affidavit.

## VERIFICATION

I, Burt Guerrieri, state under oath that I have read this affidavit and verify its contents to the best of my knowledge and belief.

Burt Guerrieri, Past-President
Gunnison County Stockgrowers' Association, Inc.

State of Colorado    )
                     )ss.
County of Gunnison )

Subscribed and sworn to before me in the County of Gunnison, State of Colorado, this 28 day of July, 2017, by Burt Guerrieri, past-President of the Gunnison County Stockgrowers' Association, Inc.

Witness my Hand and Official Seal.

_____
Notary Public

My Commission expires: 11-18-18

```
LAURA FOLLMAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984031989
MY COMMISSION EXPIRES 11/18/2018
```