**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE GUNNISON SAGE-GROUSE             Civil Action No. 1:15-cv-130- AP
ENDANGERED SPECIES ACT LITIGATION,

**NOTICE OF ERRATA IN FEDERAL RESPONDENTS' RESPONSE TO THE STATES' AND COUNTIES' OPENING BRIEFS IN CASE 1:15-cv-286**

In filing the above-referenced Response to the States' and Counties' Opening Briefs, the undersigned counsel filed the final version of the brief but forgot to remove the watermark. Federal Respondents have removed the watermark and rerun the table of contents. No changes have been made to the substance of the Response. The Federal Respondents will file an Amended Response to correct the error.

DATED: November 7, 2017

                                                      JEFFREY R. WOOD,
                                                      Acting Assistant Attorney General
                                                      SETH M. BARSKY, Chief
                                                      MEREDITH L. FLAX, Assistant Chief
                                                      RICKEY D. TURNER, JR.,
                                                      JESSICA HELD, Trial Attorney

                                                      */s/ Mary Hollingsworth*
                                                      MARY HOLLINGSWORTH
                                                      Trial Attorney (AZ Bar 027080)
                                                      United States Department of Justice
                                                      Environment & Natural Resources Division
                                                      Wildlife and Marine Resources Section
                                                      999 18th Street
                                                      South Terrace, Suite 370
                                                      Denver, CO 80202
                                                      Telephone: 303-844-1373
                                                      Email: rickey.turner@usdoj.gov

                                                      *Attorneys for Federal Respondents*