## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

In re:  Gunnison Sage-Grouse                    Civil Action No. 1:15-cv-130-CMA-STV
Endangered Species Act Litigation

This document relates to all consolidated cases.

---

### UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

---

Pursuant to Fed.R.Civ.P. 7(b)(1) and as explained below, the Federal Respondents respectfully move the Court to extend the deadline for filing the response to the Environmental Petitioners' opening briefs and amend the briefing schedule as proposed below, ECF 153. The extension would potentially allow the Federal Respondents and Environmental Petitioners to resolve 15-cv-130 and 15-cv-131 without any additional motions practice. Federal Respondents are also requesting the extension due to unanticipated and still ongoing medical issues that have largely prevented one of their lead counsel from continuing to work on the case. Counsel for Federal Respondents have conferred with the lead counsel for all of the parties to the three consolidated cases. None of the parties oppose this motion.

The Federal Respondents believe there is good cause for the extension. The Federal Respondents circulated a draft stipulation and motion to stay to the Environmental Petitioners on October 27, 2017. On November 6, 2017, the Environmental Petitioners posed a set of preliminary questions to which Federal Respondents responded on November 13, 2017. The Environmental Petitioners finished conferring with their clients and provided the Federal Respondents with a new draft of the

document on November 20, 2017. However, due to the Thanksgiving holiday that week, neither the Federal Respondents nor the Environmental Petitioners were available to discuss the terms included in the latest draft. These parties plan to discuss the latest draft this week. Assuming these parties are able to come to mutually agreeable terms for the stipulation and motion, they will still need additional time to circulate the proposal to the Colorado Petitioners and seek the appropriate approvals within the Department of Justice and Department of Interior. Thus, the parties will not be in a position to file the stipulation on or before December 6, 2017. Should the parties be unable to reach an agreement on the stipulation and motion to stay, counsel for Federal Respondents would need the additional time to prepare their responses to the Environmental Petitioners' opening briefs due in large part to the health of the undersigned counsel.

In the interest of judicial economy and to provide additional time for the parties to attempt to reach an agreement, the Federal Respondents respectfully move the Court to extend the deadline to file their response brief to the Environmental Petitioners' briefs. Accordingly, the Federal Respondents and Environmental Petitioners will either file a stipulated agreement and motion to stay that has been circulated to all parties or the Federal Respondents will file their response brief to the Environmental Petitioners' briefs on or before January 8, 2017. The parties respectfully request that all corresponding deadlines be extended by 30 days.

Respectfully submitted on this 28th day of November, 2017.

JEFFREY R. WOOD,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

RICKEY D. TURNER, Jr., Trial Attorney
JESSICA HELD, Trial Attorney

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH,
Trial Attorney (AZ Bar 027080)
United States Department of Justice
Environment & Natural Resources
Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1898
Email: mary.hollingsworth@usdoj.gov

*Attorneys for Federal Defendants*