**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **In re Gunnison Sage-Grouse Endangered Species Act Litigation** | Lead Case No. 1:15-cv-130-CMA-STV |

This document relates to Case No. 1:15-cv-286

**NOTICE OF SUPPLEMENTAL AUTHORITY BY PETITIONER-INTERVENORS
STATE OF UTAH AND SAN JUAN COUNTY, UTAH**

Petitioner-Intervenors State of Utah and San Juan County, Utah hereby give notice of supplemental authority relevant to the case at bar. The State has argued that the Endangered Species Act does not allow Federal Defendants to designate areas as critical habitat when those areas are not capable of supporting the species. Utah Opening Br. at 8-11, Doc. No. 148; Utah Reply Br. at 13-16, Doc. No. 160. In support of these arguments, the State has cited a dissent from six judges of the Fifth Circuit Court of Appeals in *Markle Interests, L.L.C. v. U.S. FWS*, 848 F.3d 635 (5th Cir. 2017). The dissent argues, as has the State here, that land must first be habitable before it can be considered for critical habitat designation. When first citing this case, the State noted that it was subject to a pending petition for *certiorari* before the Supreme Court. Utah Opening Brief at n. 4. The petition has now been granted.

Attached as Exhibit A is the question presented, as accepted by the Supreme Court. *Also available at* https://www.supremecourt.gov/qp/17-00071qp.pdf (last visited January 24, 2018). As the State has requested the court to do here, the Supreme Court will consider "[w]hether the Endangered Species Act prohibits designation of private

land as unoccupied critical habitat that is neither habitat nor essential to species conservation." Exhibit A. Consideration of this question was urged by the divided Fifth Circuit panel and fifteen States. *Id.* The Supreme Court's grant of *certiorari* casts doubt on the validity of the majority opinion in *Markle Interests* and other precedent relied upon by Federal Defendants to justify their designation of critical habitat for the Gunnison sage-grouse that indisputably cannot support the species without extensive habitat modifications.

        */s/ David Halverson*
        David M. Halverson

David M. Halverson
Special Assistant Attorney General
Kathy A.F. Davis
Assistant Attorney General
5110 State Office Building
PO Box 142477
Salt Lake City, UT 84114-2477
801-537-9023
dhalverson@utah.gov
kathydavis@utah.gov

*Counsel for State of Utah and San Juan County, Utah*

January 24, 2018

## **CERTIFICATE OF SERVICE**

      I certify that on January 24, 2018, the undersigned electronically transmitted the NOTICE OF SUPPLEMENTAL AUTHORITY BY PETITIONER-INTERVENORS STATE OF UTAH AND SAN JUAN COUNTY, UTAH to the Clerk's Office using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                                                   /s/ *David Halverson*