**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

IN RE GUNNISON SAGE-GROUSE           Civil Action No. 1:15-cv-130- AP
ENDANGERED SPECIES ACT LITIGATION

**NOTICE OF ERRATA RE ECF NO. 173**

Federal Respondents submit this Notice of Errata to correct the parties' Stipulation to Stay Civil Actions 15-cv-130 and 15-cv-131 (*see* ECF No. 173). Federal Respondents inadvertently omitted the signature blocks for the Environmental Petitioners – the Center for Biological Diversity, Western Watersheds Project, WildEarth Guardians, and Clait E. Braun. Attached is the corrected version of the stipulation with all the required signature blocks.

DATED: April 25, 2018          JEFFREY R. WOOD,

         Acting Assistant Attorney General
         SETH M. BARSKY, Chief
         MEREDITH L. FLAX, Assistant Chief
         MARY HOLLINGSWORTH
         JESSICA HELD

         */s/ Rickey D. Turner, Jr.*
         RICKEY D. TURNER, JR.
         Trial Attorney
         United States Department of Justice
         Environment & Natural Resources Division
         Wildlife and Marine Resources Section
         999 18th Street
         South Terrace, Suite 370
         Denver, CO 80202
         Telephone: 303-844-1373
         Email: rickey.turner@usdoj.gov

         *Attorneys for Federal Respondents*

2

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.